```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVERLINA LAURICE HARP          :        CIVIL ACTION
                               :
            v.                 :
                               :
LAURICE M. KOURY               :        NO. 13-2470
```

ORDER

AND NOW, this 21st day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Laurice Koury to dismiss the complaint for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure (Doc. #3) is GRANTED.

                                      BY THE COURT:

                                      /s/ Harvey Bartle III
                                                            J.