```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| EVERLINA LAURICE HARP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LAURICE M. KOURY | : | NO. 13-2470 |

### ORDER

AND NOW, this 15th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

    (1) the "motion" of plaintiff dated June 24, 2013 (Doc. #6) is DENIED;

    (2) the "motion" of plaintiff dated June 24, 2013 (Doc. #7) is DENIED;

    (3) the motion of plaintiff "requesting an answer from defendant" (Doc. #8) is DENIED;

    (4) the "pro se motion for answer" of plaintiff (Doc. #9) is DENIED;

    (5) the motion of plaintiff "to amend statement of jurisdiction" (Doc. #11) is DENIED;

    (6) the motion of plaintiff "for court to answer where is my preliminary injunction hearing" (Doc. #13) is DENIED;

    (7) the motion of plaintiff "for conference hearing" (Doc. #14) is DENIED;

(8) the motion of plaintiff for injunction (Doc. #16) is DENIED;

(9) the motion of plaintiff to cease and desist (Doc. #17) is DENIED; and

(10) since this action has been DISMISSED for lack of personal jurisdiction, the Clerk shall mark the action CLOSED.

BY THE COURT:


/s/ Harvey Bartle III
J.